IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:21-CR-69-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYRONE DESHAUN MCNEESE, | ) | |
| | ) | |
| Defendant. | ) | |

On July 11, 2022, the court granted the government's oral motion to seal the sentencing transcript. See [D.E. 38]. No appeal is pending. Brittany Lowe-McGregor requested a copy of the sentencing transcript. Not later than November 14, 2022, the United States and defendant shall update the court on the whether the sentencing transcript should be sealed. The parties also shall notify the court concerning their position on the request from Brittany Lowe-McGregor to receive a copy of the sentencing transcript.

SO ORDERED. This **24** day of October, 2021.

JAMES C. DEVER III
United States District Judge