UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyrone Deshaun McNeese** **Docket No. 4:21-CR-69-1D**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyrone Deshaun McNeese, who, upon an earlier plea of guilty to Distribution of a Quantity of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 11, 2022, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tyrone Deshaun McNeese was released from custody on December 17, 2024, at which time the term of supervised release commenced.

On April 11, 2025, a Violation Report was submitted to the court reporting the defendant used Oxycodone and Oxymorphone. It was recommended that no court action be taken to allow him time to engage in substance abuse treatment along with a psychiatric evaluation. The court agreed and supervision was continued.

On Jun 16, 2025, a Violation Report was submitted to the court reporting the defendant used marijuana. It was recommended that no court action be taken to allow him time to engage in increased mental health treatment. The court agreed and supervision was continued.

On July 3, 2025, a Petition for Action was submitted to the court reporting the defendant used marijuana. It was recommended that he be ordered to complete 16 hours of community service. The court agreed and supervision was continued.

On August 14, 2025, a Motion for Revocation was submitted to the court reporting criminal conduct. A warrant was issued.

On March 31, 2026, the court withdrew the Motion for Revocation and warrant as requested by the probation office. Supervision was continued.

On July 15, 2026, a Petition for Action was submitted to the court reporting the defendant used marijuana. It was recommended that his standard and special conditions be reimposed and he be continued on supervision. The court agreed with the modification.

On August 6, 2026, a Petition for Action was submitted to the court reporting the defendant attempted to defraud a drug test and used marijuana. It was recommended that he participate in the location monitoring program for 90 days. The court agreed with the modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 8, 2026, the defendant submitted a positive urinalysis for marijuana. When confronted, he admitted to using. The defendant was admonished for his continued use. In addition to increased substance

abuse treatment, it is recommended that he be extended in the Location Monitoring Program for a 30-day period.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days to run consecutively to his current 90-day period. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jonathan Holmes
Jonathan Holmes
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: October 22, 2026

**ORDER OF THE COURT**

Considered and ordered this 26 day of October, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
U.S. District Judge